In the Matter of the Claim of MAE SMITH, Appellant, against PARKCHESTER GENERAL HOSPITAL et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

Argued October 18, 1944; decided November 22, 1944.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum and Orrin G. Judd* of counsel), for State Industrial Board, appellant.

*Thomas L. J. Corcoran* and *Leonard J. Lindenbaum* for respondents.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.